# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0141
L.T. Case No. 2019-CF-003034-A

_____

ROBERTO AROCHO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Roberto Arocho, Mayo, pro se.

No Appearance for Appellee.

March 4, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____